IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30638
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LARRY D. JACKSON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CR-222-2-B
--------------------
January 29, 2003

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Larry D. Jackson entered a conditional guilty plea to conspiracy to possess with intent to distribute cocaine, being a felon in possession of a firearm, and possession with intent to distribute cocaine. He appeals his conviction on the ground of the issue he preserved for appeal.

The district court's finding that Jackson consented to the search was not clearly erroneous under the totality of the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

circumstances in light of the testimony at the suppression hearing that Jackson was not coerced into giving his consent. United States v. Shabazz, 993 F.2d 431, 437 (5th Cir. 1993); United States v. Gonzales, 121 F.3d 928, 938 (5th Cir. 1997). The judgment of conviction is AFFIRMED.